

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00002-CV

———————————————

IN RE JUSTIN RANDALL JONES, Relator

———————————————

Original Proceeding
481st District Court of Denton County, Texas
Trial Court No. 23-8629-481

———————————————

Before Wallach, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied, and we lift our January 4, 2024 stay.

Per Curiam

Delivered:  February 9, 2024